

COM.

v.

JOHNSON, J.

**2780 EDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–45–CR–0002365–2015

(Monroe)

Reversed/Remanded

**IN the INTEREST OF:**
**V.M.C., a Minor**

**3155 EDA 2016**

Superior Court of Pennsylvania.

4/20/2017

CP–51–AP–0000726–2016

CP–51–DP–0000106–2015

(Philadelphia)

Affirmed

**IN the INTEREST OF:**
**V.M.C., a Minor**

**3243 EDA 2016**

Superior Court of Pennsylvania.

4/20/2017

CP–51–DP–0000106–2015

(Philadelphia)

Affirmed

**IN the INTEREST OF:**
**V.M.C., a Minor**

**3244 EDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–51–AP–0000726–2016

(Philadelphia)

Affirmed

COM.

v.

KING, C.

**844 MDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–22–CR–0003339–2000 (Dauphin)

Affirmed—Application to Withdraw as Counsel Granted

